*Verhoeven* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Fred E. Strine* and *W. Marvin Smith* for the United States.

No. 580. MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. *v.* BOWMAN. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Philip E. Horan, John S. Leahy,* and *Lambert E. Walther* for petitioner. *Mr. W. C. Fraser* for respondent.

No. 392. HENNEFORD ET AL. *v.* PACIFIC TELEPHONE & TELEGRAPH Co. February 6, 1939. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. R. G. Sharpe* for petitioners. *Messrs. Otto B. Rupp* and *Alfred J. Schweppe* for respondent.

No. 609. VERHEUL *v.* JOHNSTON, WARDEN. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ernest Verheul, pro se.* No appearance for respondent.

No. 633. LOHNES, ADMINISTRATOR, *v.* WEBB, ADMINISTRATOR. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. H. L. McCormick* for petitioner. No appearance for respondent.